Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts

Joel Jeu

_____ )  Case No. _____
*Plaintiff(s)*                 )         (to be filled in by the Clerk's Office)
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )  Jury Trial: (check one) [✓] Yes [ ] No
page with the full list of names.)                                )
                               )
            -v-                )
                               )
Sorokin                        )
Young                          )
_____ )
*Defendant(s)*                 )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joel Jeu
Street Address: 1756 Dorchester
City and County: 
State and Zip Code: Boston, 02124
Telephone Number:
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Not withholding U.S. con[gress]

Page 1 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Business

Defendant No. 1
  Name: Sorokin S. Douglas
  Job or Title (if known):
  Street Address: 1 Courthouse Way
  City and County:
  State and Zip Code: Boston MA
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Young
  Job or Title (if known): Acting Judge
  Street Address: 1 Courthouse
  City and County:
  State and Zip Code: Boston MA
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article 71 US Constitution violating the pledge to uphold

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

    b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

21 million

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

these defendant have ingage in corruption, And warry Against US constitut

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

violate Article 3 USC constitu

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/21/23

Signature of Plaintiff

Printed Name of Plaintiff

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Joel Jeannite,
1756 Dorchester Ave,
Boston, MA 02125,
Petitioner,
v.

SOROKIN, J. doing business as judge AT SUPREME COURT

YOUNG doing business as judge AT SUPREME COURT
Defendants.

### AFFIDAVIT OF FACT AND NOTICE TO AGENT

- 18 U.S. Code Part I - Crimes
    - COUNTS 1—Assault (§§ 111 – 119)
    - COUNTS 2—Bribery, Graft, and Conflicts of Interest (§§ 201 – 227)

**Legal Claims:**

- Count 4: 18 USC 1512(k) - Conspiracy Obstruction
- Count 5: 18 USC (c)(2) - Obstruction of Official Proceeding and Aiding and Abetting
- Count 6: 31 USC 3709 - False Claim
- **Count 7: 18 USC 1621 - Perjury Generally**

### Stare Decisis Law

**Federal Question(s):** Constitution, Treaty; Religious Liberty; Due Process; Substantive Rights of Traveled., Supreme Court Rulings.

**Facts of the Matter:'**

1. Young and Sorokin acting judge has been violating the oath of office.
2. depriving of basic constitutional right.
3. These judges has unconstitutionally dimissed several police criminal misconduct.
4. The criminal police has engage in WARING AGAINST THE CONSTITUTION and VIOLATION AGAINST ARTICLE 3.

**Violation of 18 U.S. Code § 2721 - Prohibition on Release of Personal Information from State Motor Vehicle Records:**

- RMV sharing INFORMATION violates 4th, 5th, and 14th amendments, depriving liberty without due process.

**Violation of Title 18 U.S Code Section 242 - Deprivation of Rights Under Color of Law:**

- Aiding and abetting a towing company to steal personal property is a deprivation of rights.

**Remedies Sought:**

- Seeking $21 million in compensatory and punitive damages.
- Defendants' homes, 401k, and ALL assets to be liquidated for mental anguish and suffering.

**Commercial Lien and Affidavit:**

- Claimant: Joel Jeannite
- Debtors: SOROKIN AND YOUNG

- Seeking a $21 million DUE to rights violations.

**Trial Demand:**

- Trial by jury demanded.
- Defendants have 21 days to respond.

**Verification:** I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

**Date: November 17, 2023**

**Joel Jeannite,**
**Authorized Representative Natural Person, In Propria Persona: All Rights Reserved; U.C.C. 1-207 / 308; U.C.C. 1-103**